**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Dagoberto A. RODRIGUEZ,**
Defendant–Appellant.

No. 03–51108.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Dagoberto A. Rodriguez, Beaumont, TX, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Dagoberto A. Rodriguez has moved for leave to withdraw and has filed briefs pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's briefs, Rodriguez's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

724

response, and the record discloses no non-frivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under